JS-6

1  TAMERLIN J. GODLEY (State Bar No. 194507)
   Tamerlin.Godley@mto.com
2  MUNGER, TOLLES & OLSON LLP
   355 South Grand Avenue
3  Thirty-Fifth Floor
   Los Angeles, CA  90071-1560
4  Telephone:  (213) 683-9100
   Facsimile:   (213) 687-3702
5
   Attorneys for Defendants
6  TURNER NETWORK TELEVISION, INC. AND
   TURNER ENTERTAINMENT NETWORKS, INC.
7

8              UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND GARY SCHREIBER, an individual, residing in the State of Ohio,<br><br>Plaintiff,<br><br>v.<br><br>TURNER NETWORK TELEVISION, a Delaware Corporation; TURNER ENTERTAINMENT NETWORKS, INC., a Georgia Corporation; TIME WARNER, INC., a New York Corporation; ICON PRODUCTIONS, INC., a California Corporation; JAFFE/BRAUNSTEIN FILMS, LTD., a California Corporation; APOLLO PROSCREEN GmbH & Co., a California Corporation; JOHN BADHAM, an individual; and DOES 1 through 100, inclusive,<br><br>Defendants. | CASE NO.  CV 07 4888 VBF(CWx)<br><br>Honorable Valerie Baker Fairbank<br><br>**[PROPOSED] ORDER GRANTING DISMISSAL PURSUANT TO RULE 41(a)(2) OF THE FEDERAL RULES OF CIVIL PROCEDURE** |

///

///

///

13217143.1

[PROPOSED] ORDER OF DISMISSAL

1  TO THE PARTIES AND THEIR ATTORNEYS OF RECORD:

2       Having reviewed the Joint Stipulation between Plaintiff Raymond Gary Schreiber ("Plaintiff") and Defendants Turner Network Television, Turner Entertainment Networks, Inc. and Icon Productions LLC ("Defendants"), whereby the parties by and through their counsel, requested that the above-captioned action be dismissed, without prejudice, IT IS HEREBY ORDERED:

       The above-captioned action is hereby dismissed without prejudice, pursuant to Federal Rules of Civil Procedure, Rule 41(a)(2).

       IT IS SO ORDERED.

Dated: April 1_, 2011

_____
Valerie Baker Fairbank
United States District Judge

[PROPOSED] ORDER OF DISMISSAL

13217143.1